**DISMISS; and Opinion Filed August 30, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00987-CV

**PANTHER COMPLETION SERVICES, LLC AND JEREMY WILLIAMSON, Appellants**

**V.**

**WILLIAM BRADLEY LENTZ, AND BEVERLY LENTZ, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14203**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Schenck

Before the Court is appellants' "second advisory to the Court" in which they request the appeal be dismissed as the issue on appeal has been resolved. We grant the request and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

170987F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PANTHER COMPLETION SERVICES, LLC AND JEREMY WILLIAMSON, Appellants

No. 05-17-00987-CV     V.

WILLIAM BRADLEY LENTZ AND BEVERLY LENTZ, Appellees

On Appeal from the 116th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-16-14203.
Opinion delivered by Justice Schenck, Justices Lang-Miers and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** appellees William Bradley Lentz and Beverly Lentz recover their costs of this appeal from appellants Panther Completion Services, LLC and Jeremy Williamson.

Judgment entered this 30th day of August, 2018.